IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WE EVOLVETOGETHER, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 24-1346-RGA |
| | : | |
| DAVID LEUNG and | : | |
| PRESTON TING SEK WONG, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This **28th** day of August, 2025, upon consideration of the Magistrate Judge's Report and Recommendation dated August 8, 2025 (D.I. 16), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 16) is **ADOPTED**.

2. Defendants' motion to dismiss the Complaint (D.I. 9) is **DENIED**.

/s/ Richard G. Andrews
United States District Judge