IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WE EVOLVETOGETHER, INC.,

        Plaintiff,

    v.

DAVID LEUNG; and PRESTON TING SEK KWONG,

        Defendants.

Civil Action No.:  1:24-CV-01346-RGA

## DECLARATION OF REBECCA BUTCHER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF

I, Rebecca L. Butcher, Esquire, hereby declare as follows:

1.      I am a Partner with Landis Rath & Cobb, LLP ("LRC"), attorneys for We EvolveTogether, Inc., Plaintiff in this action.

2.      I submit this declaration in support of LRC's and Perkins Coie LLP's Motion to Withdraw as Counsel to Plaintiff ("Motion").

3.      To the best of my knowledge and belief, a true and correct copy of each of the following exhibits cited in the Motion is attached hereto as follows:

| | |
|---|---|
| **Exhibit A** | Copies of Certified Mail Receipts to the last known mailing addresses for Plaintiff |
| **Exhibit B** | Screenshot of a USPS electronic tracking receipt and a copy of a USPS delivery receipt |
| **Exhibit C** | UPS email delivery receipt |

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

EXECUTED on this 4th day of May, 2026.

LANDIS RATH & COBB LLP

Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel: (302) 467-4400
butcher@lrclaw.com

SWORN AND SUBSCRIBED before me
this 4th day of May, 2026.

_____
Notary

LINDA M. ROGERS
MY COMMISSION
EXPIRES
MAR 4, 2027
NOTARY PUBLIC
STATE OF DELAWARE

- 2 -